**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 612 MAL 2015
                                    :
           Respondent           :
                                    :   Petition for Allowance of Appeal from
                                    :   the Order of the Superior Court
               v.                   :
                                    :
                                    :
SHAMONE F. WOODS,            :
                                    :
           Petitioner            :

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.